IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS : CONSOLIDATED UNDER
: MDL 875
:
v.
: Cases in which Plaintiffs' are
VARIOUS DEFENDANTS : represented by the Cascino
Vaughan Law Offices

**FILED AUG 24 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

O R D E R

AND NOW, this **18th** day of **August, 2010**, it is hereby **ORDERED** that the cases listed in Exhibit "A", attached, are referred to the Honorable United States District Judge Lowell A. Reed, Jr. for mediation and all necessary pretrial proceedings.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO