IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875 |
| This document relates to all CVLO cases on the attached "Exhibit A" | FILED<br>NOV - 6 2013<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

### AGREED ORDER

This matter is before the Court upon the joint application of the Plaintiffs ("CVLO") and Certain Defendants for an Order to future application of the Magistrate Court's December 27, 2012 and April 1, 2013 Orders granting Certain Defendants' Motions to Bar Testimony Of Persons Listed in CVLO's "Site Workers By Job Sites For IL & WI Job Sites" and "Site Worker Witness Past Testimony By Jobsite For IL & WI Job Sites," the Magistrate Court's order of February 1, 2013, denying reconsideration of the December 27, 2012, Order, and Judge Eduardo C. Robreno's April 30, 2013 Order overruling CVLO's objections to the December 27, 2012 and April 1, 2013 Orders respectively to all lists filed by CVLO between October 23, 2012 and the date of the entry of this Order and all lists filed by CVLO in the future, and having considered the joint request, this Court is of the opinion that the request is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the witnesses included on any site worker witness lists, including all supplements thereto, filed by CVLO between October 23, 2012 and the date of the entry of this Order and all site worker lists filed by CVLO in the future, are subject to the orders set forth above as to cases listed on the attached Exhibit A.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties by virtue of this Order and the submissions made in connection with past lists have preserved

objections/oppositions to the past lists and all future lists without having to refile such submissions as to any and all future lists.

**SO ORDERED AND ADJUDGED,** this the 6th day of November, 2013.

_____
**MAGISTRATE JUDGE DAVID R. STRAWBRIDGE**

**Submitted and Approved by:**

/s/Robert G. McCoy
Robert G. McCoy
Attorney for Plaintiffs
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, Illinois 60607
Telephone: (312) 944-0600

/s/ Jennifer M. Studebaker
Jennifer M. Studebaker (MSB# 10433)
Attorney for Certain Defendants
Forman Perry Watkins Krutz & Tardy LLP
200 S. Lamar St., Suite 100
Jackson, Mississippi 39201
Telephone: (601) 960-8600

| | | | | Exhibit A |
|---|---|---|---|---|
| Case Number | Last | First | District | Scheduling Order Group |
| 08-88250 | Reed | Mary | IN-S | Group 4 |
| 08-88411 | Dice | James | IN-S | Group 6 |
| 08-89340 | Austin | Richard | IN-S | Group 4 |
| 08-89372 | Mann | Helen | IN-S | Group 4 |
| 08-89381 | McFarland | Ruth | IN-S | Group 4 |
| 08-89446 | Cook | Helen | IN-S | Group 4 |
| 08-89498 | Goff | Jackie | IN-S | Group 4 |
| 08-89791 | Bartlett | Thomas | IL-N | Group 6 |
| 08-89825 | Rome | Douglas | IL-N | Group 6 |
| 08-89863 | Haffner | Robert | IL-N | Group 3 |
| 08-89865 | Menozzi | Eugene | IL-N | Group 1 & 2 - Sub A |
| 08-89969 | Czajkoski | Walter | IL-N | Group 6 |
| 08-89984 | Brigham | George | IL-N | Group 7 |
| 08-90122 | Phyllis | Phillips | IL-N | Group 4 |
| 08-90132 | Jones | Beatrice | IL-N | Group 4 |
| 08-90139 | Graham | Marion | IL-N | Group 6 |
| 08-90166 | Willey | Russel | IL-N | Group 4 |
| 08-90189 | Surges | J.A. | IL-N | Group 1 & 2 - Sub B |
| 08-90201 | Hollins | Willie | IL-N | Group 1 & 2 - Sub A |
| 08-90234 | Ferguson | Rosemond | IL-N | Group 1 & 2 - Sub C |
| 08-90263 | Jackson | Darrin | IL-N | Group 4 |
| 08-90264 | Nordberg | Mary | IL-N | Group 2M - Sub C |
| 08-90268 | Centers | Jeffrey | IL-N | Group 1 & 2 - Sub B |
| 08-90287 | Smith | Judy | IL-N | Group 1 & 2 - Sub B |
| 08-90465 | Percy | Warren | IL-N | Group 4 |
| 08-90732 | Wilson | Bonnie | IL-N | Group 3 |
| 08-91052 | Weber | Theresa | IN-N | Group 4 |
| 08-91089 | Childs | Earl | IL-N | Group 3 |
| 08-91090 | Holme | Cathryn | IL-N | Group 4 |
| 08-91729 | Bugg | Helen | IL-N | Group 1 & 2- Sub C |
| 08-91742 | Schurtz | Michael | IL-N | Group 1 & 2 - Sub C |
| 08-91881 | Taylor | Rosemary | IL-N | Group 7 |
| 08-91882 | Spangler | Herbert | IL-C | Group 1 & 2 - Sub C |
| 08-91888 | Hicks | William | IL-C | Group 5 |
| 08-91893 | Nehlsen | Michael | IL-C | Group 7 |
| 08-91953 | Ayers | Mark | IL-C | Group 7 |
| 08-92038 | Buchanan | Howard | IL-C | Group 1 & 2 - Sub B |
| 08-92113 | Maulding | Linda | IL-C | Group 5 |
| 08-92120 | Graves | William | IL-C | Group 6 |
| 08-92122 | Johnson | Helen | IL-C | Group 1 & 2 - Sub A |
| 08-92136 | Walker | Clarence | IL-C | Group 5 |
| 08-92157 | Hutchinson | Jack | IL-C | Group 1 & 2 - Sub A |
| 08-92161 | Lawless | Anthony | IL-C | Group 6 |
| 08-92210 | O'Keefe | Nadra | IL-C | Group 1 &2 - Sub A |
| 08-92259 | Daniels | James | IL-C | Group 7 |
| 09-60186 | Bolton | Jean | WI-W | Group 4 |
| 09-60231 | Loeffelad | Walter | WI-W | Group 5 |
| 09-60267 | Hass | Lavern | WI-W | Group 3 |
| 09-60287 | Esser | Joan | WI-W | Group 4 |
| 09-60293 | Reno | Charles | WI-W | Group 5 |
| 09-60329 | Dunne | Michael | WI-E | Group 5 |
| 09-60331 | Bresnaham | Carol | WI-E | Group 4 |
| 09-60440 | Jones | Duane | WI-E | Group 4 |
| 09-60444 | Lundahl | Ruth | WI-E | Group 4 |
| 09-60476 | Burns | John | WI-E | Group 5 |
| 09-60481 | Sienko | Marilyn | WI-E | Group 4 |
| 09-60520 | Miller | Frank | WI-E | Group 5 |

| | | | | |
|---|---|---|---|---|
| 09-60523 | Reich | Ronald | WI-E | Group 5 |
| 09-60547 | Jeske | Carla | WI-E | Group 4 |
| 09-60550 | Junk | William | WI-W | Group 4 |
| 09-60939 | Engelman | Patrick | IL-N | Group 7 |
| 09-61004 | Enerson | Donald | WI-W | Group 5 |
| 09-61032 | Lundgren | Michael | WI-W | N/A |
| 09-61314 | Holcomb | Edward | WI-E | Group 5 |
| 09-61322 | Metzger | Jack | WI-E | Group 5 |
| 09-61333 | Nuutinen | Charles | WI-E | Group 4 |
| 09-61356 | Massey | Leonard | WI-E | Group 6 |
| 09-61469 | Horton | Julius | WI-E | Group 5 |
| 09-61487 | Reichert | Norman | WI-E | Group 5 |
| 09-61499 | Waltenberg | Irene | WI-E | Group 3 |
| 09-61544 | Kiepert | William | WI-E | Group 5 |
| 09-61717 | Frankenberger | Howard | IN-N | Group 1 & 2 - Sub A |
| 09-61820 | Ruesken | Lois | IN-N | Group 4 |
| 09-62185 | Vradenburg | Selma | WI-W | Group 3 |
| 09-62583 | Woods | Marlene | IL-N | Group 3 |
| 09-64609 | Giuliano | Cindy | IN-S | Group 4 |
| 09-64701 | Willocks | Tommy | IN-S | Group 3 |
| 09-64733 | Stephens | John | IN-S | Group 3 |
| 10-61115 | Bennington | Marcella | WI-E | Group 4 |
| 10-61341 | Campbell | Clarice | WI-W | Group 7 |
| 10-61349 | Pietrzycki | Stanley | WI-W | Group 4 |
| 10-61422 | Enos | Carroll | WI-W | Group 5 |
| 10-61429 | Kumferman | Henry | WI-W | Group 5 |
| 10-61467 | Bartlett | Robert | WI-W | Group 5 |
| 10-61865 | Suhaysik | Raymond | WI-E | Group 4 |
| 10-61885 | Gottasacker | Randall | WI-E | Group 5 |
| 10-61896 | Zimmer | Lawrence | WI-E | Group 5 |
| 10-61956 | Nelson | Marlin | WI-E | Group 5 |
| 10-64567 | Collins | Arthur | IL-S | Group 3 |
| 10-64584 | Embly | Dorothy | IL-S | Group 4 |
| 10-64585 | Deters | Joann | IL-S | Group 6 |
| 10-64606 | Louis | Maxine | IL-N | Group 3 |
| 10-67443 | Ahnert | Daniel | WI-E | Group 3 |
| 10-67533 | Carlson | Neil | IL-N | Group 7 |
| 10-67545 | Carmichael | Violeta | IL-N | Group 7 |
| 10-67553 | Richardson | Eleanore | IL-N | Group 6 |
| 10-67555 | Kelley | Howard | IL-N | Group 4 |
| 10-67621 | Arsenaeault | Clovis | IN-N | Group 4 |
| 10-67785 | Conway | Harold | WI-E | Group 5 |
| 10-67805 | Hickmann | Eugene | WI-E | Group 5 |
| 10-67817 | Boyea | William | WI-E | Group 3 |
| 10-67841 | Junk | William | WI-E | Group 5 |
| 10-68063 | Hakes | Elizabeth | WI-E | Group 3 |
| 10-68073 | Plue | Beverly | IL-C | Group 1 & 2 - Sub C |
| 10-68097 | Nichols | Arlene | IL-C | Group 6 |
| 10-68110 | Lemeke | Lynette | IL-C | Groups 1 & 2 - Sub B |
| 10-68124 | Malone | Clifford | IL-C | Groups 1 & 2 - Sub B |
| 10-68127 | Dover | Connie | IL-C | Groups 1 & 2 - Sub C |
| 10-68130 | Irons-Holtzman | Jennifer | IL-C | Group 5 |
| 10-68864 | Partick | Homer | IN-S | Group 4 |
| 10-68902 | Cummings | Ronald | IN-S | Groups 1 & 2 - Sub C |
| 11-60064 | Herr | Janice | WI-E | Group 4 |
| 11-63518 | Muehlberger | Kathryn | WI-E | Group 4 |
| 11-64036 | Svatek | Greta | WI-W | Group 7 |
| 11-66288 | Unzicker | Leonard | IL-S | Groups 1 & 2 - Sub A |
| 11-66746 | Zellner | Carol | WI-W | Group 4 |
| 11-67767 | Bulanda | Margaret | IL-N | Group 5 |
| 12-60003 | Jurglanis | Marie | WI-E | Group 7 |

2

| | | | | |
|---|---|---|---|---|
| 12-60004 | Spychalla | Shirley | WI-E | Group 7 |
| 12-60020 | Krueger | Glenn | WI-E | Group 7 |
| 12-60049 | Pehlke | Luella | IL-N | Group 7 |
| 12-60160 | McNair | Mary | IL-N | Group 7 |
| 13-60002 | Luna, Sr. | David | IL-N | N/A |
| 13-60004 | Moss | Jane | WI-W | N/A |
| 13-60009 | Knezevic | Dorothy | IL-N | N/A |
| 13-60011 | Jacobs | Dianne | WI-W | N/A |
| 13-60012 | Stanford, Jr. | Harold E. | WI-W | N/A |
| 13-60013 | Zickert | Cindy | WI-W | N/A |
| 13-60014 | Sebastian | Alice | WI-W | N/A |
| 13-60016 | Hynek | Claire A. | WI-E | N/A |
| 13-60017 | Arendt | George | WI-E | N/A |
| 13-60018 | Helms | Harvey | WI-W | N/A |
| 13-60019 | Heckel | Brian | WI-W | N/A |

**MAILED:**

| | | | |
|---|---|---|---|
| DONALD BERGER | JAN DODD | KRISTIN ACHTERHOF | KELLY CHERF |
| JOHN DAMES | MARK RAKOCZY | DONALD BROAD | DEAN PANOS |
| KELLY MCCLOSKEY | PETER CARLSON | JAMES WHEELER | JAMES FIEWEGER |
| KEVIN HANBURY | ROBERT HALEY | JENNIFER FARDY | MICHAEL BISHOP |
| ROSEANNE LOFTUS | STEPHEN KRAVIT | K. CAREY | STEVEN SANDERS |
| SEAN MACK | CHARLES REITER | ANDREA COHEN | FRANCIS MORRISSEY |
| VANI SINGHAL | JAMES PECKERT | BRUCE KAMPLAIN | STEPHEN KAUFMANN |
| SUSAN GUNTY | THOMAS MEYER | DANIEL OVERBEY | BILLEE WARD |
| DAVID ROLF | JOAN IRICK | JACK BLOCK | J. GASS |
| JACQUELYN CHAMPAGNE | BRIAN CAHILL | JEFFREY MCKEAN | R. STOMMEL |
| JENNIFER SEIDLER | DEBORAH SOLMOR | PETER HATTON | W. WELSH |
| JOEL POOLE | VALERIE LIPIC | RICHARD BOLTON | JUAN RAMIREZ |
| PAMELA PAIGE | CHARLES BOHL | STACEY SENECZKO | MELISSA SKILKEN |
| RICHARD CHAPIN | THOMAS WILSON | ZANE LUCAS | ELIZABETH HARVEY |
| VICTOR LAZZARETTI | DEMARCUS GORDON | GARY SMITH | DAVID MORRIS |
| MICHAEL KAEDING | DENNIS DOBBELS | ADAM MERGENTHALER | JEFFREY REEL |
| BARRY ROBIN | DENNIS GRABER | ALBERT BOWER | LISA WARWICK |
| LAURA O'CONNELL | JOSEPH O'HARA | CAROL PRYGROSKY | MICHAEL KOKAL |
| DAVID BARTEL | MICHAEL CIESLEWICZ | CLARKE GILLESPIE | WILLIAM HASSLER |
| DAVID MUELLER | MICHAEL O'ROURKE | JAMES SNYDER | CREED TUCKER |
| JOSHUA MURPHY | PATRICK MCKENNA | JOHN STUCKEY | R. MUTH |
| KEVIN REID | PATRICK PHILLIPS | KARL KOONS | C. KOEBELE |
| RICHARD BAKER | TIMOTHY FAGAN | KENNETH GORENBERG | BRIAN FIELDS |
| THADDEUS STANKOWSKI | RUSSELL HOOVER | KEVIN LONG | DANIEL FARROLL |
| JEROME KRINGS | ROBERT KOPKA | PATRICK JONES | JOHN DIXON |
| MATTHEW LEE | MICHAEL HENNIG | SCOTT KYROUAC | LEON TODD |
| WILLIAM MCGRATH | STEPHEN MAASSEN | SUSAN HUNTER | TIMOTHY UEBER |
| JAMES CULHANE | DEVLIN SCHOOP | BRADLY BUTLER | WILLIAM EHRKE |

**E-MAILED:**

| | | | |
|---|---|---|---|
| AMANDA SUMMERLIN | DAVID TEMPLE | JOSEPH SULLIVAN | PATRICK STUFFLEBEAM |
| ALLEN VAUGHAN | DANIEL TRACHTMAN | JAMES SVAJGL | RICHARD SCHUSTER |
| AMANDA HARVEY | DAVID YBARRA | JOHN WALLER | RAYMOND FOURNIE |
| ADAM JAGADICH | ERIC CARLSON | C. DOUGLAS | RAYMOND MODESITT |
| AMIEL GROSS | EDWARD CASMERE | KATHRYN DOWNEY | ROBERT SANDS |
| AHNDREA VANDENELZEN | MICHAEL CASCINO | KEVIN KNIGHT | RUSSELL KLINGAMAN |
| SUSAN MEHRINGER | EDWARD CRANE | KIRK HARTLEY | RUSSELL SCOTT |
| DENNIS CANTRELL | EDWARD KENNEY | KIMBERLY SARFF | RICHARD LAUTH |
| ANDREW ROGERS | DANIEL ELGER | KRISTINA LEMANSKI | ROGER HEIDENREICH |
| BASIL DISIPIO | EDWARD MACCABE | KAYCE GISINGER | RONALD HACK |
| BRYCE BENNETT | EDWARD MCCAMBRIDGE | KNIGHT ANDERSON | ROBERT PISANI |
| BARBARA BUBA | EMILY ZAPOTOCNY | KENT PLOTNER | RICHARD RIEGNER |
| BRADLEY BULTMAN | DAVID FANNING | KURTIS REEG | ROBERT RILEY |
| BRADLEY NAHRSTADT | MARY GAY | KURT REITZ | ROBERT SPINELLI |
| WILLIAM CROKE | GREGORY COCHRAN | KATHERINE SPITZ | REED SUGG |
| BRETT LARSEN | GEORGE KISER | LISA DILLMAN | RYAN BARKE |
| BARRY LOFTUS | GERMAINE WILLETT | LILLIAN MA | CLARE RUSH |
| ROBERT MCCOY | GREGORY GOLDBERG | LAURIE MCLEROY | SHAWN BABIUCH |
| ROBERT SCOTT | GARY SMITH | LANCE MUELLER | STEVEN CELBA |
| BARRY SHORT | M. GRANT | MARY ANN HATCH | SCOTT SIMPKINS |
| BRYAN SKELTON | GREGORY LYONS | MARK TIVIN | SHEILA BIRNBAUM |
| BRIAN WATSON | JAMES HOUSE | MARK FELDMANN | SCOTT HENRY |
| CAROL ZUCKERMAN | JON GOLDWOOD | R. WILLINGHAM | STEVEN KIRSCH |
| CURTIS BAILEY | JAMES WALTON | MARTIN SCHWARTZ | SHAWANE LEE |
| CHRISTOPHER BANASZAK | JAMES KASPER | MICHAEL BERGIN | ROBERT LONG |
| CHRISTOPHER P. BANASZAK | JOHN BABIONE | JOHN MCCANTS | WILLIAM SMITH |

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| CATHERINE CARLSON | JON BAROOSHIAN | CHAN MCLEOD | ROBERT SPITKOVSKY |
| CRAIG TURET | JENNIFER BLACKWELL | MICHAEL DENNING | SEAN SHEEHAN |
| TEIRNEY CHRISTENSON | JAMES BOYERS | JAMES CARTER | STEPHEN SCHWARTZ |
| CHARLES JOLEY | JOHN CANONI | MICHAEL DRUMKE | SARAH PAGELS |
| CHRISTOPHER LARSON | JIN-HO CHUNG | MAJA EATON | JENNIFER STUDEBAKER |
| CHRISTOPHER LEE | JOSHUA LEE | MATTHEW FISCHER | THOMAS GILLIGAN |
| CRAIG LILJESTRAND | JEFFREY FULTZ | MICHAEL ZUKOWSKI | THOMAS GONZALEZ |
| CYNTHIA LOCKE | JEREMY HARRIS | MICAH INLOW | THOMAS HAYES |
| CHRISTOPHER MANNING | JEFFREY FECHT | MITCHELL MOSER | TIMOTHY KAPSHANDY |
| C. EVERT | JOHN FONSTAD | MARK LUDOLPH | THOMAS KERNELL |
| CLARE MAISANO | JOHN HELLER | JAMES NIQUET | TIMOTHY KRIPPNER |
| CATHERINE MOHAN | JOSHUA JOHANNINGMEIER | CATHY MOLCHIN | SHEHZAD HASAN |
| DAVID DAMICO | JASON KENNEDY | HOWARD MORRIS | STEVEN BARBER |
| DANIEL JARDINE | JOSEPH KRASOVEC | MICHAEL ROSENBERG | THOMAS NORBY |
| DANIEL LONG | JOHN KUROWSKI | MARK SAMPSON | THOMAS CANNON |
| DONALD CARLSON | JOHN LAFFEY | MICHAEL SCHAG | THOMAS ORRIS |
| DANIEL CHEELY | ANDREW DETHERAGE | ROBERT SCHROEDER | TIMOTHY PAGEL |
| DEMETRA CHRISTOS | JONATHAN MATTINGLY | PETER MARKS | TIMOTHY PIKE |
| DAVID DOGAN | JANELLE LINDER | MICHAEL ANTIKAINEN | THOMAS THIBODEAU |
| DANIEL DONAHUE | JAMES MORRISON | MICHAEL TRUCCO | THOMAS SCHRIMPF |
| DAVID JONES | JOHN SEEBOHM | DANIEL MULHOLLAND | THOMAS TARDY |
| DANIEL GRIFFIN | JOHN SON | NICOLE BEHNEN | TOBIN TAYLOR |
| DOUGLAS KING | CHRISTI JONES | NICHOLAS NIZAMOFF | TIFFANY TURNER |
| DANIEL MANNA | SARAH JONES | NORA GIERKE | TREVOR WILL |
| DANIEL MCGRATH | J. BRADLEY | NEAL MCQUEENEY | WARD BROWN |
| DAVID SETTER | JONATHAN PARRINGTON | OLLIE HARTON | WILLIAM MAHONEY |
| DONALD ORZESKE | JAMIE YADGAROFF | PATRICK LAMB | WILLIS TRIBLER |
| JOHN DOUGLAS | JOSEPH REJANO | PETER MCKENNA | WILLIAM SHULTZ |
| DREW ODUM | JEFFREY SCHIEBER | PAUL O'FLAHERTY | WALTER JENKINS |
| DAVID SZLANFUCHT | JEFFREY HEBRANK | DOUGLAS PROCHNOW | WALTER WATKINS |
| | | PETER WANNING | JAMES WYNNE |