IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | : <br> : <br> : <br> : | Consolidated Under<br>MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS<br><br>v.<br><br>VARIOUS DEFENDANTS | : <br> FILED <br> : <br> OCT -1 2014 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk <br> : | Cases Identified In<br>EXHIBIT A<br>(attached) |

**RENEWED SCHEDULING ORDER**

**AND NOW**, this **30th** day of **September, 2014**, Plaintiffs are hereby **ORDERED** to respond to the Court-ordered discovery requests (attached as Exhibit B) by **October 14, 2014**. No extensions of time will be granted for any reason. No supplements or amendments to the responses will be permitted for any reason. Responses are to be filed electronically on the docket of the case by the date set forth above. Plaintiffs may only identify witnesses (both fact and expert witnesses) - or other evidence - identified in opposition to the motions for summary judgment previously filed by Defendants in the action. With respect to expert reports, Plaintiffs are to re-submit to Defendants the report (as originally produced), and may provide an addendum to a report, **by November 21, 2014,** only if there is a new opinion based upon facts newly discovered after the September 4, 2013 hearing. In the event of a discovery dispute, the parties are to attempt first to resolve the dispute between themselves, and then, if

unsuccessful, are to contact Magistrate Judge Strawbridge, who will attempt to resolve the dispute informally. No discovery-related motions may be filed without prior approval of Magistrate Judge Strawbridge.

Depositions of fact witnesses are to be completed by **November 14, 2014**. Depositions of expert witnesses are to be completed by **November 28, 2014**. Motions for summary judgment are to be filed by **December 15, 2014**. Responses to those motions are to be filed by **January 15, 2015**. Replies (if any) are to be filed by **January 22, 2015**. Leave to file a surreply must be sought no later than three (3) days after the filing of a reply - and will only be granted in extraordinary cases. The parties are to include all arguments and appropriate evidence with their filing, without reference to (or incorporation of) the arguments or evidence set forth in previous summary judgment briefing in this case (or any other case). The parties are directed to include any request to have witness testimony (or other evidence) stricken in a response or reply brief - and are not permitted to file a separate motion for this purpose. The parties are hereby advised that counsel will be sanctioned for frivolous motions as appropriate, pursuant to Rule 11 of the Federal Rules of Civil Procedure. Absent extraordinary circumstances, no extensions of time will be granted.

EDUARDO C. ROBRENO, J.

## Exhibit A

| Name | Case Number |
|---|---|
| Reno | 09-CV-60293 |
| Miller | 09-CV-60520 |
| Reich | 09-CV-60523 |
| Jeske | 09-CV-60547 |
| Junk | 09-CV-60550 |
| Engelman | 09-CV-60939 |
| Enerson | 09-CV-61004 |
| Holcomb | 09-CV-61314 |
| Metzger | 09-CV-61322 |
| Massey | 09-CV-61356 |
| Horton | 09-CV-61469 |
| Reichert | 09-CV-61487 |
| Suhaysik | 10-CV-61865 |
| Gottsacker | 10-CV-61885 |
| Zimmer | 10-CV-61896 |
| Embly | 10-CV-64584 |
| Carlson | 10-CV-67533 |
| Carmichael | 10-CV-67545 |
| Richardson | 10-CV-67553 |
| Arseneault | 10-CV-67621 |
| Malone | 10-CV-68124 |
| Irons | 10-CV-68130 |
| Muehlberger | 11-CV-63518 |
| Unzicker | 11-CV-66288 |
| Krueger | 12-CV-60020 |

Case 2:09-cv-61487-ER   DOCUMENT 141   Filed 10/01/14   Page 4 of 6


**EXHIBIT B**

**Court-Ordered Discovery Requests Streamlining and Re-Organizing Discovery**
**(To Be Answered By Plaintiffs in CVLO Actions)**

1.  Identify (a) each product that you contend caused or contributed to Plaintiff's asbestos-related illness, (b) which Defendant(s) you contend is liable for injury arising from this product, (c) the location(s) of exposure (e.g., state, city, worksite, and, if appropriate, location within the worksite), (d) the date(s) of exposure, (e) all witnesses* who will provide (or have provided) testimony regarding Defendant's liability to Plaintiff regarding that product, and (f) all other sources of evidence* on which you are relying to establish Defendant's liability to Plaintiff regarding that product. Please use the following format:

| Product | Liable Defendant | Location of Exposure | Date(s) of Exposure | Fact Witnesses re: Defendant's Liability* | Expert Witnesses re: Defendant's Liability* | Other Evidence re: Defendant's Liability* |
|---|---|---|---|---|---|---|
| Product A | Defendant A | Worksite A, City A, State A<br><br>Worksite B (Building X), City B, State B | Date A – Date B<br><br>Date C – Date D | Witness A<br>Witness B<br>Witness C | Expert Witness A<br>Expert Witness B<br>Expert Witness C | Document A<br>Document B<br>Document C |
| Product B | Defendant B | Worksite C, City C, State C<br><br>Worksite D, City D, State D | Date E – Date F<br><br>Date G – Date H | Witness D<br>Witness E<br>Witness F | Expert Witness D<br>Expert Witness E<br>Expert Witness F | None |
| Product C | Defendant C | Worksite X, City X, State X<br><br>Worksite Y, City Y, State Y | Date W – Date X<br><br>Date Y – Date Z | Witness X<br>Witness Y<br>Witness Z | None | Document X<br>Document Y<br>Document Z |

\*      Plaintiffs are limited to identifying only witnesses and other evidence relied upon in their oppositions to Defendants' summary judgment motions previously filed in this action. Therefore, any witness or piece of evidence not relied upon by Plaintiff in opposition to a given Defendant's previous motion for summary judgment (for example, Defendant A) may not now be identified as a witness with respect to that Defendant (i.e., Defendant A); and this is true even if that witness or piece of evidence was previously identified with respect to another Defendant (for example, Defendant B).

**Court-Ordered Discovery Requests Streamlining and Re-Organizing Discovery**
**(To Be Answered By Plaintiffs In CVLO Actions)**

2.  For each defense raised by a Defendant in any summary judgment motion previously filed in this action (including but not limited to a statute of limitations, a statute of repose, the government contractor defense, and the sophisticated user defense), identify (a) all witnesses* who will provide (or have provided) testimony relevant to this defense and upon whose testimony you are relying to oppose the defense, and (b) all other sources of evidence* on which you are relying to oppose the defense. Please use the following format:

| Defense | Defendant(s) Raising/ Asserting Defense | Fact Witnesses re: Defense* | Expert Witnesses re: Defense* | Other Evidence re: Defense* |
|---|---|---|---|---|
| Defense A | Defendant A | Witness A<br>Witness B | Expert Witness A | Document A |
| Defense B | Defendants B & C | Witness C | Expert Witness B<br>Expert Witness C | None |
| Defense C | Defendants X, Y, & Z | Witness X | None | Document X |

3.  Produce to Defendant(s) a copy of all evidence* identified in the final column of each of the charts you have created in response to Requests Nos. 1 and 2 above (i.e., "Other Evidence re: Defendant's Liability" and "Other Evidence re: Defense").

4.  For each expert* upon whom Plaintiff intends to rely and who (a) has already been deposed in this action, or (b) is noticed for deposition by Defendant(s), produce to Defendant(s) a copy of the expert's report. Plaintiff is to provide (i) the report (as originally produced), along with (ii) any addendum containing opinions based on facts that are discovered from fact witnesses after the September 4, 2013 hearing held in this action. [Note: For experts not yet deposed, reports must be produced at least fourteen (14) days prior to the date of the scheduled deposition.]

**INSTRUCTIONS FOR SERVICE AND FILING:** Upon completion of these discovery requests, Plaintiffs are to serve the written responses upon Defendants by filing them on the docket of the action to which it pertains. (Plaintiffs are not to file on the docket the evidence produced.)

**NO EXTENSIONS TO DEADLINE:** No extensions to the deadline for these responses (as set forth by the Court) will be granted for any reason.

**NO SUPPLEMENTS OR AMENDMENTS:** No supplements or amendments to these responses (or the accompanying production of evidence) will be permitted for any reason.

2

Certificate of Service

CC By Email:

| | | | |
|---|---|---|---|
| AMANDA SUMMERLIN | DANIEL DONAHUE | C. DOUGLAS | REED SUGG |
| ALLEN VAUGHAN | DAVID JONES | KRISTINA LEMANSKI | CLARE RUSH |
| ADAM JAGADICH | DANIEL GRIFFIN | KAYCE GISINGER | SHAWN BABIUCH |
| AMIEL GROSS | DOUGLAS KING | KENT PLOTNER | STEVEN CELBA |
| DENNIS CANTRELL | DANIEL MANNA | KURTIS REEG | SCOTT SIMPKINS |
| SUSAN MEHRINGER | DANIEL MCGRATH | LISA DILLMAN | SCOTT HENRY |
| ANDREW ROGERS | DAVID SETTER | MARY ANN HATCH | STEVEN KIRSCH |
| BASIL DISIPIO | DEAN PANOS | MARK FELDMANN | WILLIAM SMITH |
| BRYCE BENNETT | DANIEL TRACHTMAN | MICHAEL BERGIN | ROBERT SPITKOVSKY |
| WILLIAM CROKE | ERIC CARLSON | CHAN MCLEOD | SARAH PAGELS |
| BRETT LARSEN | EDWARD CASMERE | MICHAEL DRUMKE | JENNIFER STUDEBAKER |
| ROBERT MCCOY | MICHAEL CASCINO | MAJA EATON | THOMAS GILLIGAN |
| BRYAN SKELTON | EDWARD CRANE | MATTHEW FISCHER | THOMAS GONZALEZ |
| BRIAN WATSON | EDWARD MCCAMBRIDG | MICHAEL ZUKOWSKI | THOMAS HAYES |
| CURTIS BAILEY | EMILY ZAPOTOCNY | MICHAEL LISAK | THOMAS KERNELL |
| CHRISTOPHER BANASZAK | GREGORY COCHRAN | MARK LUDOLPH | TIMOTHY KRIPPNER |
| CHRISTOPHER P.BANASZAK | GREGORY LYONS | MICHAEL ROSENBERG | THOMAS ORRIS |
| TEIRNEY CHRISTENSO | JON BAROOSHIAN | MARK SAMPSON | TIMOTHY PAGEL |
| CHARLES JOLEY | JOSHUA LEE | NICOLE BEHNEN | TIMOTHY PIKE |
| CHRISTOPHER LARSON | JOHN FONSTAD | PATRICK LAMB | THOMAS THIBODEAU |
| CRAIG LILJESTRAN | JASON KENNEDY | PAUL O'FLAHERTY | THOMAS SCHRIMPF |
| CYNTHIA LOCKE | JOHN KUROWSKI | DOUGLAS PROCHNOW | TOBIN TAYLOR |
| C. EVERT | JOHN LAFFEY | RICHARD LAUTH | TREVOR WILL |
| DANIEL O'CONNELL | JANELLE LINDER | ROGER HEIDENREIC | WARD BROWN |
| DANIEL JARDINE | JAMES MORRISON | RONALD HACK | WILLIAM MAHONEY |
| DONALD CARLSON | JAMIE YADGAROFF | ROBERT PISANI | WILLIS TRIBLER |
| DANIEL CHEELY | JEFFREY SCHIEBER | ROBERT RILEY | WILLIAM SHULTZ |
| DAVID DOGAN | JEFFREY HEBRANK | ROBERT SPINELLI | |

CC By Mail:

| | | | |
|---|---|---|---|
| CHARLES BOHL | LEON TODD | TIMOTHY FAGAN | ZANE LUCAS |
| MICHAEL CIESLEWICZ | WILLIAM EHRKE | BILLEE WARD | J. GASS |
| RICHARD BOLTON | BRIAN CAHILL | DANIEL OVERBEY | |
| JEROME KRINGS | JAMES CULHANE | DEVLIN SCHOOP | |
| KENNETH GORENBERG | JOSHUA MURPHY | KRISTIN ACHTERHOF | |
| PATRICK MCKENNA | KEVIN LONG | KNIGHT ANDERSON | |
| R. MUTH | MARK RAKOCZY | SUSAN HUNTER | |
| VANI SINGHAL | ELIZABETH HARVEY | TIMOTHY UEBER | |
| JACQUELYN CHAMPAGNE | JAMES FIEWEGER | JAMES CARTER | |
| JIN-HO CHUNG | ROBERT HALEY | DENNIS GRABER | |
| JUAN RAMIREZ | BRIAN FIELDS | THOMAS WILSON | |

1